IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CR-63-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| YALEGWO KI SADONGEI, ) | ORDER |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| EASTERN BAND OF CHEROKEE INDIANS, ) | |
| Garnishee. ) | |

This matter is before the Court *sua sponte* with respect to the *Pro Se* Motion for Hearing (Docs. 53, 54) filed by Defendant.[1]

The Government is **DIRECTED** to file a response to the Motion on or before March 16, 2023. As it does not appear from the docket that the Garnishee was served with the Motion, the Government is also directed to advise the Garnishee of Defendant's filing. Any response by the Garnishee to Defendant's Motion shall also be due by March 16, 2023.

It is so ordered.

Signed: March 9, 2023

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The Motion appears on the docket twice as it was apparently mailed to both the Charlotte and Asheville clerk's offices. Docs. 53, 54.