IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CR-63-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| YALEGWO KI SADONGEI, ) | WRIT OF CONTINUING | |
| Defendant, ) | GARNISHMENT | |
| ) | | |
| and ) | | |
| ) | | |
| EASTERN BAND OF CHEROKEE INDIANS, ) | | |
| Garnishee. ) | | |
| ) | | |

TO GARNISHEE:    Eastern Band of Cherokee Indians
Office of the Attorney General
Hannah Smith, Senior Associate Attorney General
Post Office Box 455
Cherokee, North Carolina 28719

An Application for a Writ of Continuing Garnishment against the tribal gaming proceed funds of Defendant, Yalegwo Ki Sadongei, has been filed with this Court. A judgment has been entered against Defendant, dated October 3, 2022. The United States Clerk of Court balance of $1,273,464.15, computed through November 29, 2022, is due and owing.

<u>You, as the Garnishee, are required by law to answer in writing, under oath, within ten (10) days of service of this Writ</u>, whether or not you have in your custody, control, or possession, any property or funds owned by Defendant, including nonexempt disposable earnings and tribal gaming

1

proceed funds.

**You must withhold and retain any property in which Defendant has a substantial nonexempt interest** and for which you are or may become indebted to Defendant pending further order of this Court. See 15 U.S.C. § 1673(a).

Please state whether or not you anticipate paying Defendant any future payments and whether such payments are weekly, bi-weekly, monthly, annually, or bi-annually.

**You must file the original written Answer to this Writ within ten (10) days** of your receipt of this Writ with the following office:

> Clerk of the United States District Court
> Room 309, 100 Otis Street
> Asheville, North Carolina 28801

Additionally, you are required by law to serve a copy of the Answer upon Defendant at his or her last known address:

> Yalegwo Ki Sadongei
> Register Number 59105-509
> FCI Edgefield
> P.O. Box 725
> Edgefield, South Carolina 29824

You are also required to serve a copy of the Answer upon the United States at the following address:

> United States Attorney's Office
> Financial Litigation Unit
> 227 West Trade Street, Suite 1650
> Charlotte, North Carolina 28202

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from

discharging Defendant from employment by reason of the fact that his or her earnings have been subject to garnishment for any one indebtedness.

Pursuant to 28 U.S.C. § 3205(c)(6), if you fail to answer this Writ or fail to withhold property or funds in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of Defendant's nonexempt interest in such property. The Court may award a reasonable attorney's fee to the United States and against you if the Writ is not answered within the time specified.

Signed: November 8, 2023

_____
W. Carleton Metcalf
United States Magistrate Judge